UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-05-498 LKK

    Plaintiff,

  v.                          O R D E R

CALBERT REYNOLD CAESAR,

    Defendant.
_____/

On August 10, 2012, defendant filed a motion requesting that this court enter an order against the U.S. Social Security Administration, compelling it to terminate its "levy and lien against Calbert Reynold Ceasar's social security income." (Dkt. No. 42). On August 31, 2012, the government filed a persuasive response explaining why this court lacks subject matter jurisdiction over the garnishment independently initiated by the U.S. Social Security Administration,[1] at least prior to defendant's

---

[1] The garnishment initiated in this proceeding required defendant's employer – Catholic Healthcare West – to garnish his wages (Dkt. No. 29), not the U.S. Social Security Administration.

1

exhaustion of the applicable administrative procedures (Dkt. No. 44).

On September 7, 2012, the court ordered defendant, who is represented by counsel, to respond to the government's response (Dkt. No. 45), but he has not done so in the time allotted.

Accordingly, for the reasons stated in the government's Response, defendant's motion (Dkt. No. 42), is **DENIED**.

IT IS SO ORDERED.

DATED: October 11, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT